# MEMO ENDORSED.

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

mfc@caseybarnett.com
Direct: 646-362-8919

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

*NEW JERSEY OFFICE*
*Casey & Barnett, LLP*
*PO Box 235*
*Fanwood, NJ 07023*

January 2, 2025

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: *Beazley Furlong Ltd et al v. MSC Mediterranean Shipping*
       24 cv 6889 (ALC)(OTW)

Dear Honorable Judge Wang:

We represent the plaintiff in this matter and write in regard to the Rule 16 conference scheduled for January 21, 2025 (Dkt # 13). The undersigned will be overseas the week of January 20 and thus will be unavailable to participate in the conference. We respectfully request that the conference be adjourned to a date on or after January 27, 2025. Defense counsel consents to this request.

        Respectfully submitted,
        **CASEY & BARNETT, LLC**
        *Attorneys for Plaintiff*

        *Martin F. Casey*
        Martin F. Casey

cc:  Mark Beckman
   James Marissen

Application **GRANTED.** The conference is **ADJOURNED**
to **January 30, 2025, at 2:30 p.m.**

**SO ORDERED.**

_____
Ona T. Wang      Jan. 6, 2025
U.S.M.J.